

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-14-00167-CV

**STEPHENS & JOHNSON OPERATING CO.;** Henry W. Breyer, III, Trust; CAH, Ltd.-MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust; E.R. Godbout Family Tru, Appellants

v.

Charles W. **SCHROEDER**, Elsie A. Schroeder Schneider, Hollis London, Terry Mengers Reel, Ted Mengers, Debbie Mengers Quates, August H. Setinmeyer, Carole Schroeder Miller, James M. Schroeder, Sally Schroeder Tinanus, James E. Schroeder, Sue Schroeder Stanfo, Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court